BEFORE THE FIRST DIVISION, NOVEMBER 26, 1940

No. 44787.—Protest 993576–G of A. W. Fenton & Co. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Silverman* v. *United States* (27 C. C. P. A. 324, C. A. D. 107) the drier felts in question were held dutiable at 10 percent under paragraph 1555 as claimed.

BEFORE THE SECOND DIVISION, NOVEMBER 26, 1940

No. 44788.—Protest 977680–G of Frank P. Dow Co., Inc. (Seattle).

Opinion by TILSON, J. On the agreed facts that the merchandise is composed in chief value of chip the claim at 25 percent under paragraph 1537 was sustained.

No. 44789.—Protests 229063–G, etc., of Saydah Importing Co. (New York).

Opinion by TILSON, J. From the evidence it was found that certain items consist of Venice lace similar to that the subject of *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217). The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 44790.—Protests 287507–G, etc., of Saydah Importing Co. (New York).

Opinion by TILSON, J. The record showed that certain items consist of Normandy lace similar to that the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 44791.—Protests 783848–G, etc., of Akawa Co. et al. (Portland, Oreg.).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

NOVEMBER 20, 1940

No. 44792.-—Protest 993054–G of Pacific Beverage Distributors, Ltd. Application by plaintiff for rehearing granted.